IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION,

**ALLISON LEE HICKMAN,**

    Plaintiff,

vs.                               Case No. 4:12cv144-WS/CAS

**FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,**

    Defendants.

_____/

## REPORT AND RECOMMENDATION

    This case has been proceeding since March 30, 2012, awaiting Plaintiff's compliance with Court Orders requiring her to submit information on her inmate bank account. Plaintiff has submitted several in forma pauperis motions, docs. 2, 7, and 18, but all of Plaintiff's submissions have been insufficient. After review of the most recent documents Plaintiff submitted, docs. 17-20, and Order was entered which gave Plaintiff one final opportunity to comply. Doc. 21. Plaintiff was advised that if she did not submit the information which was clearly explained to her, this case would be dismissed. *Id.* Plaintiff's deadline to comply was July 25, 2012, and she has not filed anything since that Order to Show Cause was entered.

Since Plaintiff has failed to comply with an Order or to prosecute this case, this action should now be dismissed without prejudice. Plaintiff shall have a 14 day period after service of this report and recommendation in which to file objections. This will also afford Plaintiff a final opportunity to demonstrate compliance with the prior Orders.

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's complaint, doc. 1, be **DISMISSED** for failure to comply with Court Orders and failure to prosecute.

**IN CHAMBERS** at Tallahassee, Florida, on August 2, 2012.

 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**